AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV - 4 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| United States of America<br>v.<br>Aarika Cuevas<br><br>Defendant(s) | )<br>)<br>)  Case No. 25-4663 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 20, 2025__ in the county of __Doña Ana__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Robbery |

This criminal complaint is based on these facts:
See attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Lilly Aldana, FBI Special Agent
Printed name and title

Sworn to ~~before me and signed in my presence.~~ by telephone. KS

Date: 11-04-2025

_____
Judge's signature

City and state: Las Cruces, New Mexico

Hon. Kevin R. Sweazea, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lilly Aldana, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state that there is probable cause to find that Aarika Cuevas (CUEVAS) violated 18 U.S.C. § 371 by conspiring to commit bank robbery as follows:

> On or about February 20, 2025, in Doña Ana County, in the District of New Mexico, CUEVAS knowingly, unlawfully and willfully combined, conspired, confederated, agreed, and acted interdependently with Daniel Guereca (Guereca) and others to commit bank robbery, contrary to 18 U.S.C. § 2113(a).

Manner and Means

The manner and means by which CUEVAS and Guereca sought to accomplish the objectives of the conspiracy included, among other things, the following:

   a. discussing the plan for the bank robbery with one another;

   b. having CUEVAS write a demand note that Guereca would use for the bank robbery;

   c. having CUEVAS drive Guereca to the bank;

   d. having CUEVAS enter the bank to assess the feasibility of robbing the bank, including by seeing who was in the bank, such as a security guard, bank customers, or someone who might recognize her or Guereca;

   e. having CUEVAS take some bank paperwork, such as a withdrawal slip, while she was in the bank so as to not look suspicious;

   f. having CUEVAS advise Guereca of the feasibility of robbing the bank;

   g. if the bank robbery appeared feasible, having Guereca rob the bank by force, violence, and intimidation; and

   h. driving away together in the getaway vehicle after the bank robbery.

Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the District of New Mexico, and elsewhere:

a. On or about February 20, 2025, CUEVAS and Guereca discussed their plan to rob the PNC Bank at 3800 East Lohman Avenue, Las Cruces, New Mexico, by force, violence, and intimidation.

b. On or about February 20, 2025, CUEVAS wrote a threatening demand note for Guereca to use in the bank robbery. The note suggested that the bank teller who received the note would be killed or severely harmed if he or she did not comply with the note's demand to give Guereca a large amount of cash.

c. On or about February 20, 2025, CUEVAS drove Guereca to this bank so that he could rob it.

d. On or about February 20, 2025, at approximately 5:21 p.m., CUEVAS entered this PNC Bank and assessed the feasibility of robbing the bank, including by ensuring that there were no customers or security guards in the bank or anyone who would recognize CUEVAS or Guereca.

e. On or about February 20, 2025, at approximately 5:21 p.m., while inside the PNC bank, CUEVAS approached the paperwork counter near the front entrance of the bank and appeared to fill out bank paperwork for approximately 20 seconds in order to not look suspicious.

f. On or about February 20, 2025, and shortly after exiting the bank at 5:21 p.m., CUEVAS advised Guereca on the feasibility of robbing the bank, including by informing him that there was only person, and no security guards, in the bank.

g. On or about February 20, 2025, at approximately 5:26 p.m., Guereca entered this bank and, using the threatening demand note written by CUEVAS, took, by force, violence, and intimidation, from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of this bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

h. On or about February 20, 2025, after Guereca robbed this bank, CUEVAS and Guereca drove away from the bank in a getaway vehicle to help Guereca avoid being caught.

In violation of 18 U.S.C. § 371.

### Relevant Statutes

1. Under 18 U.S.C. § 371, "[i]f two or more persons conspire either to commit any

offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy," then such individuals may be imprisoned for up to five years, if the offense that the individuals are seeking to commit is a felony. 18 U.S.C. § 371.

2. Under 18 U.S.C. § 2113(a), it is a felony for an individual to "by force and violence, or by intimidation, take[ ], or attempt[ ] to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association." 18 U.S.C. § 2113(a).

**Probable Cause**

3. On February 20, 2025, Guereca robbed the PNC Bank at 3800 East Lohman Avenue, Las Cruces, New Mexico, with the help of CUEVAS. At exactly 5:00 p.m. on February 20, 2025, the branch banker at this answered a suspicious phone call on the bank's main line. The call, which was recorded, was made by someone with male voice who was later determined to be Guereca. When the banker answered the phone, Guereca asked, "I wanted to see if you guys are still open or if it's just the drive-through?" The banker responded that the bank was still open and would remain open until 6:00 p.m. that evening. The banker instantly found the question— essentially trying to figure out if the bank's lobby was open—to be suspicious. The banker has worked at this bank for over 10 years and knows all of the bank's clients—essentially all of whom are familiar with the bank's hours. The banker reported that the last time she received a call asking if the bank, and particularly its lobby, was open was about *six years* ago—and shortly after that call was made, someone entered the bank and attempted to cash a false check.

4. At 5:21 p.m. on February 20, 2025, approximately 21 minutes after this suspicious phone call, an individual later identified as CUEVAS entered the PNC bank. CUEVAS looked around the bank, approached the paperwork counter near the front entrance of the bank, grabbed what appeared to be a bank slip and a pen, and appeared to briefly write on the slip. Once she was done filling out the paperwork, however, CUEVAS never approached the bank counter or conducted any transactions. Instead, she simply left the bank—less than 45 seconds after she entered the bank. Although CUEVAS spent only approximately 20 seconds at the paperwork counter and less than 45 seconds total in the bank, she was there long enough to observe that there were no other customers or security guards in the bank—and only one bank teller at the bank counter. The banker who had answered the suspicious phone call was in her office when CUEVAS walked in. After observing CUEVAS, the banker attempted to follow CUEVAS out of the bank, but by the time the banker arrived at the door, CUEVAS was already gone.



*(Photos of CUEVAS at the PNC Bank in Las Cruces, NM, on Feb. 20, 2025, Shortly Before the Robbery)*

5. At approximately 5:26 p.m. that evening—approximately 5 minutes after CUEVAS left the bank—Guereca entered the PNC Bank, a bank that had its deposits insured by the Federal Deposit Insurance Corporation. Wearing a green hat, dark-colored sunglasses, white mask, black

hoodie, an Adidas jacket, and dark pants, he entered the bank with a piece of paper in his left bare hand. He then walked directly to the teller and gave the teller the piece of paper, which stated:

> THIS IS A ROBERY [sic]! I NEED $20,000 IN BIG BILLS! NO TRACKERS OR DIE [sic] PACKS! I AM ARMED! PLEASE COMPLY SO YOU AND YOU COWORKERS GET HOME SAFELY!

6. In response, the teller took the cash out of the register, stacked it up on the counter, and informed Guereca that there was no more money. Guereca then took the cash (approximately $3,313.00), placed it in his pockets, and then left the bank on foot at approximately 5:27 p.m. Video footage from the bank at approximately 5:28 p.m. appears to show a light blue Honda CR-V driving away from the bank.



*(Photos of Guereca Robbing the PNC Bank, Shorty After CUEVAS Left the Bank)*

7. Shortly after this light blue Honda CR-V was seen on video footage at the PNC bank, it was seen on video footage pulling into a parking approximately 0.3 miles away from the PNC Bank. After the CR-V parks in one of the parking spaces, video footage shows four individuals exiting the vehicle and walking together towards a nearby apartment complex. This vehicle was then abandoned at this location and later determined to have been stolen from the Albuquerque, New Mexico, area. A subsequent search of the vehicle, conducted pursuant to a search warrant authorized by a New Mexico district judge, revealed fingerprints matching those of Guereca, CUEVAS, and two other individuals. Items that appear to have been used in or

connected to the Las Cruces bank robbery were also found in this vehicle—including a black zip-up Adidas jacket, a draft "bank robery [sic]" note, a green hat, a box of white surgical masks, and dark pants. In addition, pictures of CUEVAS on social medial posts appear to depict the same individual that was observed on PNC Bank's security camera at 5:21 p.m. on February 20, 2025, casing out the bank.

8. Because Guereca left the note at the PNC Bank, that note was taken into evidence so that it could be tested for fingerprints. On February 25, 2025, results of the fingerprint test on this note showed a positive match for Guereca. Guereca is 28 years old and approximately 6'00" and 185 lbs., and the videos from the bank robbery appear to depict an individual with this same height and build. (Guereca was previously charged in a separate case for this bank robbery. See 25mj352-KRS.)

9. On July 23, 2025, PNC Bank was contacted to verify if CUEVAS had a bank account with the bank. The bank verified that CUEVAS does not have a bank account with them.

10. On August 5, 2025, CUEVAS was interviewed in connection with another bank robbery in Las Cruces, which occurred on August 4, 2025. (See 25cr3253-SMD.) Specifically, when law enforcement arrested Jacob Ezekiel Martinez on August 5, 2025, on suspicion of robbing the Pioneer Bank that is located at 705 University Avenue, Las Cruces, New Mexico, he was found in a vehicle that had recently departed the residence of CUEVAS. FBI agents then went to this residence to speak to CUEVAS, and she agreed to voluntarily speak to the agents. During their discussions, the FBI agents asked if she knew anything about the prior bank robbery in Las Cruces. CUEVAS then stated that she was with Guereca on February 20, 2025, the day of the PNC bank robbery. CUEVAS further stated that she also went into the PNC bank that day. CUEVAS,

however, claimed she knew nothing about the bank robbery and that she only went into the bank to see if Guereca's old girlfriend worked there.

11. On November 3, 2025, one of the individuals who was in the CR-V with CUEVAS and Guereca, and whose fingerprints were also found in that vehicle, was interviewed about the PNC Bank robbery on February 20, 2025. The witness agreed to voluntarily speak with the FBI and reported the following:

   a. On the day of this bank robbery, Guereca called the bank to determine whether it was open. Afterwards, CUEVAS drove the blue Honda CR-V to the bank, with Guereca in the front passenger seat and the witness and another individual in the rear seats. Before the robbery, CUEVAS discussed helping Guereca rob this bank—and then wrote the demand note for Guereca to use for the robbery.

   b. In addition, Guereca instructed CUEVAS to first go in the bank and get a withdrawal slip as an excuse to check if the bank had security present. After going into the PNC bank pursuant Guereca's instruction, CUEVAS returned to the CR-V and informed Guereca that there was only one person, and no security guards, in the bank. Guereca then went into the bank to commit the robbery with the note that CUEVAS had written.

### Conclusion

12. Probable cause exists to believe that CUEVAS violated 18 U.S.C. § 371 by conspiring to rob a PNC Bank in Las Cruces, New Mexico, on February 20, 2025.

This affidavit was reviewed by AUSA Grant Gardner.

Respectfully submitted,

_____
Lilly Aldana
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to ~~before me~~ by telephone. LCS on November 4, 2025.

_____
Honorable Kevin R. Sweazea
UNITED STATES MAGISTRATE JUDGE